U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 8 2017

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DERLON K. CRAIN | * | CIVIL ACTION NO. 2:15-CV-2290 |
| D.O.C. # 91405 | * | |
| | * | |
| v. | * | UNASSIGNED DISTRICT JUDGE |
| | * | |
| TONY MANCUSO ET AL. | * | |
| | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 84) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's claims against defendant Calcasieu Parish Prison are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Report and Recommendation of the Magistrate Judge. The defendant Calcasieu Parish Prison is hereby dismissed from the suit.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Warden Creed and Warden Bordelon are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Local Rule 41.3, in accordance with the Report and Recommendation of the Magistrate Judge. These defendants are hereby dismissed from the suit.

Alexandria, Louisiana, this __18__ day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT